## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JOHNNIE E. MOSLEY**　　　　　　　　　　　　　　　　　　　　**PETITIONER**
*REG. #07610-025*

v.　　　　　　　　CASE NO. 2:23-CV-00177-BSM

**FRANCENE HELAIRE,** *Acting Warden*
*FCI - Forrest City, Arkansas*　　　　　　　　　　　　　　　　**RESPONDENT**

### ORDER

After careful review of the record, Magistrate Judge Jerome T. Kearney's proposed findings and recommended disposition [Doc. No. 9] is adopted. Johnnie E. Mosley's petition [Doc. No. 1] is denied and dismissed without prejudice.

IT IS SO ORDERED this 6th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE