IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHNNIE E. MOSLEY**                                                                                 **PETITIONER**
*REG. #07610-025*

v.                                    **CASE NO. 2:23-CV-00177-BSM**

**FRANCENE HELAIRE,** *Acting Warden*
*FCI - Forrest City, Arkansas*                                                              **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE